*Henry B. Williams* v. *Jacob Thorn et al.*    *Thomas J. Pat-erson* v. *Henry B. Williams et al.*    Decree appealed from reversed, and a new decree directed to be entered.

*Henry H. Sizer and wife* v. *Avis Northrup, Ex'r. &c. and others.*    D. BURWELL, for appellants; J. A. SPENCER, for respondents.    Decree of the surrogate of Herkimer county modified and affirmed, without costs to either party upon the appeal.    Decree of affirmance to be without prejudice to the rights of any persons as against Northrup or his estate, who were not parties to the stipulation before the surrogate.

*William D. Balcom and wife* v. *The New-York Life Insurance and Trust Company.*    J. RHOADES, for appellants; C. STEVENS, for respondents.    Appeal from an order of the vice chancellor of the eighth circuit disallowing exceptions to a master's report, on exceptions to defendant's answer for impertinence.    The chancellor decided that the provisions of the 200th rule of the court, as revised in 1844, respecting exceptions to an answer for impertinence in the cases therein mentioned, apply to an answer of a corporation; although the answer of a corporation need not be put in an oath, even if there is no formal waiver of a sworn answer, in the bill.

That as by the 40th rule no exceptions for insufficiency are allowed to an answer which is put in without oath, the general traverse is all that is necessary to put in issue allegations in the bill of which the defendant is ignorant, and which he is unwilling to admit.    And that a circumstantial denial of such allegations as to which the defendant is entirely ignorant is needless prolixity in such an answer; whether such answer is put in by a corporation or by a natural person.

Order appealed from reversed; and exception to master's report allowed.    Complainant to pay costs of exceptions to report and of the hearing thereon, and of the appeal; which costs are to be offset against complainant's costs upon the exceptions to the answer which are finally allowed.

*Sarah Dikeman* v. *Jemima Dikeman et al.*    B. W. BONNEY, for appellant; C. DEWITT, for respondent.    Order appealed from reversed, but without costs to appellant.

Exceptions to answer for impertinence, under 200th rule.